UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON MARKS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MACK TRUCK LEASING and OMAR MARTE,<br><br>　　　　　　　　　　Defendants. | No. 22-cv-10525 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　　　An initial status conference was previously scheduled in this matter for February 17, 2023 at 4:30 p.m.  Due to a scheduling conflict, the conference is hereby rescheduled for 10:30 a.m. on the same day.  Call-In Number: (888) 363-4749; Access Code: 1015508#.  Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:　　February 13, 2023
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge