UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON MARKS,<br><br>         Plaintiff,<br><br>    v.<br><br>MACK TRUCK LEASING and OMAR MARTE,<br><br>         Defendants. | No. 22-cv-10525 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  At the initial status conference held on February 17, 2023, the parties indicated that this case should be remanded to the Supreme Court of New York, Bronx County. The Court instructed the parties to file a proposed stipulation of remand to be so ordered by the Court. No proposed stipulation has been filed to date. The parties shall file the proposed stipulation no later than March 10, 2023.

SO ORDERED.

Dated: March 3, 2023
     New York, New York

                     Ronnie Abrams
                     United States District Judge